THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERBERT LEWIS, Appellant.

Argued October 19, 1943; decided December 2, 1943.

*Paul Seiderman, Edward J. Reilly, Nathaniel Kaplan* and *Victor L. Anfuso* for appellant.

*Thomas Cradock Hughes,* District Attorney (*Edward H. Levine* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.